1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC SHORES HOSPITAL, Assignee of Kathleen Nevin,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 2:10-cv-09185-VBF-CW<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION**<br><br>Complaint Filed: 11-30-10 |

IT IS HEREBY ORDERED, pursuant to the stipulation between the parties, that the above-entitled action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:    3-11-11

*Valerie Baker Fairbank*

Honorable VALERIE FAIRBANK
United States District Judge